Form for Chapter 7 Indv Case

# EXHIBIT A TO FORM 2016

Total Funds Paid to CLG:                    $1,330.00

The above includes the following      $299.00     BK Court Filing Fee
                                      $30.00      Credit Report
                                      $80.00      Credit Counseling & Debtor Education Fee
                                      $21.00      Homestead Deed Filing (Court Cost)
                                      $900.00     Attorneys' Fees